UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOSE MANUEL ARCINIEGA,  )
                        )   2:94-cr-251-GEB-GGH
         Petitioner,    )   2:08-cv-1240-GEB-GGH
                        )
    v.                  )   ORDER
                        )
UNITED STATES OF AMERICA, )
                        )
         Respondent.    )
_____)

        Pending in the above-referenced criminal action is a motion Pro Se Petitioner Alvaro Domarco-Sanchez filed on January 13, 2006 (docket number 299), of which I just became aware was pending in September 2008, and a motion Pro Se Petitioner Jose Manuel Arciniega filed on June 5, 2008 (docket number 302); Petitioner Arciniega's motion is also pending in the above-referenced civil action.  Petitioner Arciniega's motion was referenced to the magistrate judge as a 28 U.S.C. 2255 motion; that reference is withdrawn.

        Each petitioner seeks to have his sentence reduced, arguing that sentencing enhancements should not have been used.
///

1

1  However, since neither petitioner has shown entitlement to a
2  sentence reduction, each motion is denied.

3  Dated:   September 29, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge